Case 08-13579    Filed 04/09/09    Doc 390

2008-13579
FILED
April 09, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001761895

**3**

T. SCOTT BELDEN, CSB NO. 184387
TERRENCE T. EGLAND, CSB NO. 240911
KLEIN, DeNATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: sbelden@kleinlaw.com; tegland@kleinlaw.com

Attorneys for Debtor and Debtor-in-Possession
JRS Shaddy, Inc.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 08-13579-A-11 |
| JRS SHADDY, INC., | Chapter 11 |
| Debtor. | DC No. KDG-25 |
| | Date: March 25, 2009 |
| | Time: 1:30 p.m. |
| | Place: 2500 Tulare Street, Dept. A |
| | Fifth Floor, Courtroom 11 |
| | Fresno, California |
| | Judge: Honorable Whitney Rimel |

**FINDINGS OF FACT IN SUPPORT OF CONFIRMATION OF FIRST AMENDED PLAN OF REORGANIZATION (MODIFIED) FILED BY DEBTOR**

I.  **Introduction**[1]

Confirmation of the *First Amended Plan of Reorganization* filed by JRS SHADDY, INC. ("Debtor"), on February 19, 2009 (the "First Amended Plan"), came on for hearing on March 25, 2009, at 1:30 p.m. after notice to Debtor, the United States Trustee, all creditors and parties requesting special notice. Appearances were as set forth on the record.

The Court reviewed the First Amended Plan, the Worksheets for Determining Acceptance of First Amended Plan of Reorganization submitted by Debtor, the *Memorandum of Points and Authorities in Support of Confirmation of First Amended Plan of Reorganization*

---

[1] The Capitalized terms herein shall have the same meaning as set forth in the First Amended Plan of [Reorgani]zation (Modified) filed on April 2, 2009.

1

RECEIVED
April 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001761895

*Filed by Debtor as Modified* ("the Memorandum of Points and Authorities"), the *Declaration of Joel Shaddy in Support of Confirmation of First Amended Plan of Reorganization Filed by Debtor* ("the Declaration of Joel Shaddy"), the Ballots on First Amended Plan of Reorganization filed by Debtor (the "Ballots"), and considered the comments made on the record by counsel for Debtor and other counsel.

After determining that copies of the First Amended Plan and the First Amended Disclosure Statement approved by the Court had been served on Debtor, the United States Trustee, all creditors, parties in interest, and parties requesting special notice, the Court makes the following findings as more fully described on the record at the hearing held on March 25, 2009:

## II. Findings of Fact and Conclusions of Law

1. *Debtor's First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Modified)* filed on April 8, 2009 (the "Plan"), complies with the applicable provisions of Chapter 11 of the Bankruptcy Code and meets the requirements of 11 U.S.C. § 1129 as more fully described below;

2. The Plan has been proposed in good faith and not by any means forbidden by law;

3. Any payment made or promised by Debtor or the estate for the services or for costs and expenses incurred in connection with the case, or in connection with the Plan and incident to the case, have been disclosed to the Court;

4. Each holder of a claim or interest of an impaired class that has accepted the Plan has, or will receive or retain under the Plan as modified, property of a value, as of the Effective date of the Plan, that is not less than the amount that such holder would receive or retain if the estate was liquidated under Chapter 7 on account of such claim;

5. The Plan has been accepted by at least one class of claims impaired under the Plan excluding insiders of Debtor;

6. Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of Debtor except as proposed in the Plan; and

7.   All required Court and United States Trustee fees will be paid before the Effective Date of the Plan.

8.   The Plan is fair and equitable as it relates to treatment of the following classes of claims that are impaired under the Plan but did not return Ballots or accept the Plan as required by 11 U.S.C. § 1129(a)(8):  (a) the **Class Eight** claims of Internal Revenue Service; and (2) the **Class Ten** claims of California Franchise Tax Board

9.   Notice of the hearing on confirmation of the First Amended Plan was adequate and, based upon the foregoing, good cause appears for the entry of an Order confirming the Plan.

10.  The Court will issue a separate Order confirming the Plan and setting specified deadlines as set forth in the Plan.

**Respectfully Submitted By:**

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP


By /s/ T. Scott Belden
T. SCOTT BELDEN
TERRENCE T. EGLAND,
Attorneys for Debtor, JRS Shaddy, Inc.

Dated:

Apr 09, 2009

United States Bankruptcy Judge

00529547.000                              3

7. All required Court and United States Trustee fees will be paid before the Effective Date of the Plan.

8. The Plan is fair and equitable as it relates to treatment of the following classes of claims that are impaired under the Plan but did not return Ballots or accept the Plan as required by 11 U.S.C. § 1129(a)(8): (a) the **Class Eight** claims of Internal Revenue Service; and (2) the **Class Ten** claims of California Franchise Tax Board

9. Notice of the hearing on confirmation of the First Amended Plan was adequate and, based upon the foregoing, good cause appears for the entry of an Order confirming the Plan.

10. The Court will issue a separate Order confirming the Plan and setting specified deadlines as set forth in the Plan.

**Respectfully Submitted By:**

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By _____
T. SCOTT BELDEN
TERRENCE T. EGLAND,
Attorneys for Debtor, JRS Shaddy, Inc.

Date: March _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

00529547.000                    3